IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WANDA RHODUS | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. _____ |
| VS. | * | |
| | * | COMPLAINT AND DEMAND |
| PIONEER CREDIT RECOVERY, INC. | * | FOR JURY TRIAL |
| DEFENDANT | * | |

# COMPLAINT

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

## III. PARTIES

3. Plaintiff, Wanda Rhodus (hereinafter referred to as "plaintiff" and "Ms. Rhodus") is a natural person who resides in Livingston Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, Pioneer Credit Recovery, Inc. (hereinafter referred to as "Pioneer" or "defendant") is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808. Pioneer, at all times relevant hereto,

regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. On or about September 11, 2007, defendant Pioneer mailed or caused to be mailed a letter to plaintiff's employer, Bob Dean Enterprises, attempting to administratively garnish the wages of plaintiff for a student loan allegedly owed by a Rhonda L. Ruffin ("Ms. Ruffin") to Sallie Mae.

6. The alleged debt was for a student loan that which was used solely for personal, family or household purposes.

7. Prior to September 11, 2007, defendant had been calling Ms. Rhodus' workplace and asking to speak with her about the student loan allegedly owed by Wanda L. Ruffin.

8. Ms. Rhodus repeatedly told Pioneer that she was not the person they were looking for and eventually learned Ms. Ruffin was twenty years younger than Ms. Rhodus and had attended Nicholls State University in Thibodaux, Louisiana.

9. Despite the numerous conversations with defendant, Ms. Rhodus was unsuccessful in stopping the collection calls and harassment, which involved her being accused of being a "fucking liar" by defendant.

10. Shortly prior to September 11, 2007, Ms. Rhodus had spoken to a manager at Pioneer who assured her he would be looking into this to stop the calls to her work.

11. Ms. Rhodus had learned of Ms. Ruffin's social security number and told Pioneer that the two numbers were not even close to being the same.

12. Prior to her employer receiving the correspondence from Pioneer dated

September 11, 2007, Ms. Rhodus believed that defendant was not going to proceed any further with its collection efforts against her.

## DEFENDANT'S PRACTICES

13. Defendant, Pioneer Credit Recovery, Inc., violated numerous provisions of the FDCPA including but not limited to sections 1692d, 1692e, and 1692f.

14. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress, for which she should be compensated in amounts to be proven at trial.

WHEREFORE, plaintiff respectfully request that the Court grant the following relief in her favor and against Defendant Pioneer Credit Recovery, Inc., for:

    a. Additional damages;

    b. Actual damages;

    c. Attorney fees, litigation expenses and costs; and

    d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com